UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                                **CASE NO.: 21-10206**
                                                                                                                                       **CHAPTER 13**

**Eric K. Kowou,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane &
                                              Partners, PLLC
                                              Attorneys for Secured Creditor
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA 30004
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: /s/Sherri Dicks
                                                  Sherri Dicks
                                                  Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERIC K. KOWOU
1228 MAGEE AVENUE
PHILADELPHIA, PA 19111

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

                                              By: /s/ Amber Matas