Certificate Number: 16339-PAE-DE-040514459

Bankruptcy Case Number: 21-10206



16339-PAE-DE-040514459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2026, at 9:38 o'clock PM EST, Mansa Kowou completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 15, 2026            By:   /s/Kris Krumal

                                    Name: Kris Krumal

                                    Title: Certified Financial Counselor