**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    ERIC  K KOWOU<br><br>**Debtor** | Chapter 13<br><br>Case No.21-10206-DJB |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                            Respectfully submitted,

Date: February 11, 2026      By:   */s/ Kenneth E. West*

                                        Kenneth E. West, Esquire, Chapter 13 Trustee
                                        190 N. Independence Mall West
                                        Suite 701
                                        Philadelphia, PA  19106
                                        (215) 627-1377 (Phone)