**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ERIC K KOWOU** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **21-10206-DJB** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: 4 8 4 5

**Property Address:** 1228 MAGEE AVENUE
Number   Street

Philadelphia        PA   19111
City                State   ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 7,949.04 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 7,949.04 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 7,949.04 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date: 02/11/2026

Trustee: Kenneth E. West
First Name    Middle Name    Last Name

Address: 190 N. Independence Mall West, Suite 701
Number    Street

Philadelphia    PA    19106
City    State    ZIP Code

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

| Debtor 1 | **ERIC K KOWOU** | | Case Number **21-10206-DJB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/09/2021 | 3001993 | Disbursement To Creditor/Principal | 235.14 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 12/09/2021 | 3003349 | Disbursement To Creditor/Principal | 232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 01/10/2022 | 3004624 | Disbursement To Creditor/Principal | 232.25 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 02/07/2022 | 3005946 | Disbursement To Creditor/Principal | 232.27 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 04/12/2022 | 3008573 | Disbursement To Creditor/Principal | 464.51 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/11/2022 | 3009940 | Disbursement To Creditor/Principal | 232.25 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 06/09/2022 | 3011189 | Disbursement To Creditor/Principal | 232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/12/2022 | 3012491 | Disbursement To Creditor/Principal | 232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/26/2022 | 3011189 | Cancelled Check To Creditor/Principal | -232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 08/16/2022 | 3013805 | Disbursement To Creditor/Principal | 464.52 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 09/08/2022 | 3014978 | Disbursement To Creditor/Principal | 232.25 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 10/11/2022 | 3016136 | Disbursement To Creditor/Principal | 232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/15/2022 | 3017414 | Disbursement To Creditor/Principal | 464.51 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 12/13/2022 | 3018689 | Disbursement To Creditor/Principal | 232.25 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 01/10/2023 | 3019910 | Disbursement To Creditor/Principal | 232.27 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 03/09/2023 | 3022355 | Disbursement To Creditor/Principal | 232.25 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 04/12/2023 | 3023607 | Disbursement To Creditor/Principal | 232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/09/2023 | 3024872 | Disbursement To Creditor/Principal | 232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 06/13/2023 | 3026054 | Disbursement To Creditor/Principal | 232.25 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/13/2023 | 3027192 | Disbursement To Creditor/Principal | 232.26 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 08/15/2023 | 3028337 | Disbursement To Creditor/Principal | 464.52 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 09/18/2023 | 3029514 | Disbursement To Creditor/Principal | 232.25 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/09/2023 | 3031506 | Disbursement To Creditor/Principal | 227.21 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 12/21/2023 | 4000386 | Disbursement To Creditor/Principal | 227.21 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 01/16/2024 | 4001235 | Disbursement To Creditor/Principal | 227.21 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 02/12/2024 | 4002149 | Disbursement To Creditor/Principal | 227.21 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 03/12/2024 | 4003067 | Disbursement To Creditor/Principal | 454.41 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/13/2024 | 4004890 | Disbursement To Creditor/Principal | 227.21 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/13/2024 | 4004890 | Cancelled Check To Creditor/Principal | -227.21 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 06/14/2024 | 4005822 | Disbursement To Creditor/Principal | 454.42 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/17/2024 | 4006775 | Disbursement To Creditor/Principal | 227.21 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 08/14/2024 | 4007704 | Disbursement To Creditor/Principal | 227.20 |
| 17 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 09/11/2024 | 4008547 | Disbursement To Creditor/Principal | 99.91 |
| | | | | | Total for Claim Number 17: | 7,949.04 |

**Total for Part 3 - b (Prepetition Arrears):**      **7,949.04**