United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 21-10206-djb

Eric K Kowou                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                                     Page 1 of 4

Date Rcvd: Feb 11, 2026                                  Form ID: 138OBJ                                          Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric K Kowou, 1228 Magee Avenue, Philadelphia, PA 19111-4942 |
| 14585291 | + | Cfm Group, 2110 Powers Ferry Road, Atlanta, GA 30339-5048 |
| 14585300 | + | David Apothaker, Esq., 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14585306 | + | Ilana Zion, Esquire, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 14585308 | + | Mansa R Kowou, 1228 Magee Avenue, Philadelphia, PA 19111-4942 |
| 14597441 | | Nationstar Mortgage LLC D/B/A Mr. Cooper, PO Box 619096 Dallas, TX 75261-9741 |
| 14585313 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14585315 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14585288 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 12 2026 00:30:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14585297 | | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14585298 | | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14619919 | | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14589853 | | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14585289 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2026 00:31:00 | Calvary Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 14585290 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2026 00:31:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14586090 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2026 00:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14585292 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 21-10206-djb    Doc 73    Filed 02/13/26    Entered 02/14/26 00:38:26    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 11, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14585293 | + | Email/Text: ecf@ccpclaw.com | Feb 12 2026 00:46:03 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| | | | Feb 12 2026 00:30:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14585296 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:16 | Citibank, PO box 6500, Sioux Falls SD 57117-6500 |
| 14585295 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:17 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14585299 | + | Email/Text: bankruptcy@philapark.org | Feb 12 2026 00:31:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14585301 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:07 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14586470 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2026 00:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14582315 | + | Email/Text: mrdiscen@discover.com | Feb 12 2026 00:30:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14585302 | + | Email/Text: mrdiscen@discover.com | Feb 12 2026 00:30:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14585303 | | Email/Text: bankruptcycourts@equifax.com | Feb 12 2026 00:30:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14585304 | ^ | MEBN | Feb 12 2026 00:29:36 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14585305 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2026 00:30:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14594922 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14585307 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 00:31:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14583806 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 12 2026 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14588446 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:45:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585309 | + | Email/Text: bankruptcy@matcotools.com | Feb 12 2026 00:31:00 | Matco Tools, Attn: Bankruptcy, 4403 Allen Rd, Stow, OH 44224-1096 |
| 14585310 | + | Email/Text: PHILAW@weltman.com | Feb 12 2026 00:30:00 | Michael Dougherty, Esq., 170 S, Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14582513 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14585311 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2026 00:30:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14584153 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | Nationstar Mortgage LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14584173 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | Nationstar Mortgage LLC., C/O CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14585312 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 12 2026 00:46:04 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14590709 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 12 2026 00:45:56 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, |

Case 21-10206-djb    Doc 73    Filed 02/13/26    Entered 02/14/26 00:38:26    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilkes-Barre, PA 18773-9635 |
| 15019161 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14704018 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 12 2026 00:30:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 15019323 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 14585316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2026 00:46:04 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14591471 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2026 00:46:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14585314 | + | Email/Text: bankruptcy@philapark.org | Feb 12 2026 00:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14585317 | | Email/Text: legalservices12@snaponcredit.com | Feb 12 2026 00:30:00 | Snap On Crdt, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 14580922 | | Email/Text: legalservices12@snaponcredit.com | Feb 12 2026 00:30:00 | Snap-on Credit LLC, 950 Technology Way, Ste. 301, Libertyville, IL 60048 |
| 14585318 | | Email/Text: DASPUBREC@transunion.com | Feb 12 2026 00:30:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14587442 | + | Email/Text: documentfiling@lciinc.com | Feb 12 2026 00:30:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14590273 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 12 2026 00:46:03 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14585294 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Eric K Kowou help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

Form 138OBJ (6/24)−doc 72 − 70

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Eric K Kowou  )  Case No. 21−10206−djb
  )
  )
  Debtor(s).  )  Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 11, 2026

For The Court

Mohung Wong
Clerk of Court