*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                        : Chapter 13


Eric K Kowou                                                  : Case No. 21–10206–djb

       Debtor(s)


## *ORDER*
_____


AND NOW, this day , July 1, 2026 , it appearing that the trustee in the above
entitled matter has filed his report and that the trustee has performed all other duties required
in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and
the same hereby is, closed.


By The Court

Derek J Baker
Judge, United States Bankruptcy Court


Form 195