United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 21-10206-djb

Eric K Kowou                                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 02, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Eric K Kowou, 1228 Magee Avenue, Philadelphia, PA 19111-4942

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

**Name**          **Email Address**

KENNETH E. WEST
      ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
      on behalf of Debtor Eric K Kowou help@cibiklaw.com
      noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

MICHELLE L. MCGOWAN
      on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

MICHELLE L. MCGOWAN
      on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mimcgowan@raslg.com

ROBERT BRIAN SHEARER

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Jul 02, 2026

Form ID: 195

Total Noticed: 1

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing shrdlaw@outlook.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Eric K Kowou                                                : Case No. 21−10206−djb

      Debtor(s)

## *ORDER*

_____

    AND NOW, this day , July 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

Form 195